## MOTION AND PROCEDURAL RULINGS

**2014–0480. Jodka v. Cleveland.**
Cuyahoga App. No. 99951, 2014-Ohio-208. On review of order certifying a conflict. The court determines that a conflict exists. Cause held for the decision in 2013–1277, *Walker v. Toledo*, 6th Dist. Lucas No. L–12–1056, 2013-Ohio-2809; cause consolidated with 2014–0636, *Jodka v. Cleveland*, 8th Dist. Cuyahoga No. 99951, 2014-Ohio-208; and briefing schedule stayed.

KENNEDY, J., dissents.

FRENCH, J., dissents as to the second certified issue.

O'DONNELL, J., not participating.